UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FREEDOM FROM RELIGION FOUNDATION,
INC., DAN BARKER, ANNIE LAURIE
GAYLOR, AND DAVID WILLIAMSON,

      Plaintiffs

Case No. 6:13-cv-922-Orl-18KRS

v.

ORANGE COUNTY SCHOOL BOARD,

      Defendant.

_____

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiffs, FREEDOM FROM RELIGION FOUNDATION, INC., DAN BARKER, ANNIE LAURIE GAYLOR, and DAVID WILLIAMSON, hereby disclose the following information pursuant to this Court's Interested Persons Order For Civil Cases, dated June 25, 2013:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action--including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

| | |
|---|---|
| Freedom from Religion Foundation, Inc. | Plaintiff |
| Dan Barker | Plaintiff |
| Annie Laurie Gaylor | Plaintiff |
| David Williamson | Plaintiff |
| Jerry H. Jeffrey, P.A. | Law firm representing Plaintiffs |
| The Brady Law Firm, P.A. | Law firm representing Plaintiffs |
| Andrew L. Seidel | Attorney representing Plaintiffs |
| Jerry H. Jeffrey, Jr. | Attorney representing Plaintiffs |

Case No. 6:13-cv-922-Orl-18KRS

    Orange County School Board             Defendant

2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None known at this time other than those individuals and parties identified in response to number 1 above.**

3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    **None known at this time other than those individuals and parties identified in response to number 1 above.**

4.    The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    **None known at this time other than those individuals and parties identified in response to number 1 above**.

    I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: July 9, 2013                          */s/ Jerry H. Jeffrey, Esquire*
                                                         Jerry H. Jeffrey, P.A.
                                                         P.O. Box 947537
                                                         Maitland, Florida  32794
                                                         Telephone: (407) 645-5558
                                                         Facsimile: (407) 645-0009
                                                         Email: sam1027j@aol.com

                                                         *Counsel for Plaintiffs*

                                                         Andrew L. Seidel, Esquire
                                                         Freedom From Religion Foundation, Inc.
                                                         P.O. Box 750
                                                         Madison, WI  53701
                                                         Telephone: (608) 256-8900
                                                         Facsimile: (608) 204-0422

                                                         *Co-Counsel for Plaintiffs*

Case No. 6:13-cv-922-Orl-18KRS

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 9, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*/s/ Jerry H. Jeffrey, Esquire*

*Counsel for Plaintiffs*