UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FREEDOM FROM RELIGION FOUNDATION,
INC., DAN BARKER, ANNIE LAURIE
GAYLOR, AND DAVID WILLIAMSON,

Case No. 6:13-cv-922-Orl-18KRS

    Plaintiffs

v.

ORANGE COUNTY SCHOOL BOARD,

    Defendant.

_____

### PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), Plaintiffs, FREEDOM FROM RELIGION FOUNDATION, INC., DAN BARKER, ANNIE LAURIE GAYLOR, and DAVID WILLIAMSON, hereby certify that the instant action:

___    IS    related to any pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, administrative agency as indicated below:

**X**    IS NOT    related to any pending or closed civil or criminal case(s) previously filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than 14 days after appearance of the party.

Dated: July 9, 2013

*/s/ Jerry H. Jeffrey, Esquire*
Jerry H. Jeffrey, P.A.
P.O. Box 947537
Maitland, Florida  32794
Telephone: (407) 645-5558
Facsimile: (407) 645-0009
Email: sam1027j@aol.com

*Counsel for Plaintiffs*

**COLE, SCOTT & KISSANE, P.A.**
TOWER PLACE, SUITE 750 - 1900 SUMMIT TOWER BOULEVARD - ORLANDO, FLORIDA 32810  -  (321) 972-0000 (321) 972-0099 FAX

Case No. 6:13-cv-922-Orl-18KRS

Andrew L. Seidel, Esquire
Freedom From Religion Foundation, Inc.
P.O. Box 750
Madison, WI  53701
Telephone: (608) 256-8900
Facsimile: (608) 204-0422

*Co-Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

<u>/s/ Jerry H. Jeffrey, Esquire</u>

*Counsel for Plaintiffs*