UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FREEDOM FROM RELIGION FOUNDATION,
INC., DAN BARKER, ANNIE LAURIE
GAYLOR, AND DAVID WILLIAMSON,

    Plaintiffs

Case No. 6:13-cv-922-Orl-18KRS

v.

ORANGE COUNTY SCHOOL BOARD,

    Defendant.

_____

## NOTICE OF APPEARANCE

THE BRADY LAW FIRM, P.A. hereby gives notice of its appearance on behalf of Plaintiffs FREEDOM FROM RELIGION FOUNDATION, INC., DAN BARKER, ANNIE LAURIE GAYLOR, and DAVID WILLIAMSON, and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

    */s/ Steven M. Brady*
    FBN: 749516
    THE BRADY LAW FIRM, P.A.
    7380 W. Sand Lake Road, Suite 500
    Orlando, FL  32819
    Email: steven@bradylaw.us
    Email: Nicole@bradylaw.us
    Telephone: 321-300-5290
    Facsimile: 407-512-6583