UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case Number:  6:13-cv-00922-GKS-KRS

FREEDOM FROM RELIGION FOUNDATION,
INC., DAN BARKER, ANNIE LAURIE
GAYLOR, AND DAVID WILLIAMSON,

      Plaintiffs,

v.

ORANGE COUNTY SCHOOL BOARD,

      Defendant,

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

      In accordance with Local Rule 1.04(c), I certify that the instant action:

  X        IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

        World Changers of Florida, Inc. v. District School Board of Collier County, Florida, et al.; Case No. 2:10-cv-419-FTM-36SPC

_____        IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

      I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 19th  day of August, 2013, a true and correct copy of the foregoing was filed with the Clerk of Court pursuant to Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF system which will send notice of electronic filing and complete service of the foregoing as required by

Fed.R.Civ.P. 5 to **Jerry H. Jeffrey, Esquire** (*sam1027j@aol.com*), Jerry H. Jeffery, P.A., Post Office Box 947537, Maitland, Florida 32794; **Steven M. Brady, Esquire** (*steven@bradylaw.us*), The Brady Law Firm, P.A., 7380 W. Sand Lake Road, Suite 500, Orlando, Florida 32819 *;* and **Andrew L. Seidel, Esquire** (*aseidel@ffrf.org*), Post Office Box 750, Madison, WI 53701.

*/s/ Howard S. Marks*
HOWARD S. MARKS
Florida Bar No.: 0750085
Primary Email: hmarks@burr.com
Secondary Email: dmmorton@burr.com
Secondary Email: mrannell@burr.com
Burr & Forman LLP
200 South Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601
Attorneys for Defendant