UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case Number:  6:13-cv-00922-GKS-KRS

FREEDOM FROM RELIGION FOUNDATION,
INC., DAN BARKER, ANNIE LAURIE
GAYLOR, AND DAVID WILLIAMSON,

    PlaintiffS,

v.

ORANGE COUNTY SCHOOL BOARD,

    Defendant,
_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND INCORPORATED DISCLOSURE STATEMENT**

    COMES NOW, Defendant, ORANGE COUNTY SCHOOL BOARD ("OCSB" or "Defendant"), by and through its undersigned counsel, and pursuant to Fed.R.Civ.P. 7.1, disclosed the following information, pursuant to the Court's Order as to Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of the party's stock and all other identifiable legal entities related to a party in the case:

| | |
|---|---|
| Freedom From Religion Foundation, Inc. | Plaintiff |
| Dan Barker | Plaintiff |
| Annie Laurie Gaylor | Plaintiff |
| David Williamson | Plaintiff |
| Jerry H. Jeffrey, P.A. | Law Firm for Plaintiffs |
| The Brady Law Firm, P.A. | Law Firm for Plaintiffs |

| | |
|---|---|
| Andrews L. Seidel | Attorney for Plaintiffs |
| Jerry H. Jeffrey, Jr. | Attorney for Plaintiffs |
| Orange County School Board | Defendant |
| Burr & Forman LLP | Law Firm for Defendant |
| Howard S. Marks | Attorney for Defendant |
| Dr. Barbara M. Jenkins | Superintendent of OCSB |
| Bill Sublette | Chairman of OCSB |
| Joie Cadle | District 1 Member of OCSB |
| Daryl Flynn | District 2 Member of OCSB |
| Rick Roach | District 3 Member of OCSB |
| Pam Gould | District 4 Member of OCSB |
| Kathleen Butler-Gordon | District 5 Member of OCSB |
| Nancy Robbinson | District 6 Member of OCSB |
| Christine Moore | District 7 Member of OCSB |

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   None known at this time other than those individuals and parties identified in response to number 1 above.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee, the 20 largest unsecured creditors) in bankruptcy cases:

   None known at this time other than those individuals and parties identified in response to number 1 above.

4. The name of each victim (individual and corporate), of civil or criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   None known at this time other than those individuals and parties identified in response to number 1 above.

5. Check one of the following:

__XX__      a. I HEREBY CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

_____      b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Jude as follows: (explain)

I further certify that I will serve a copy of this NOTICE upon each party no later than eleven day after appearance of the party.

Respectfully submitted this 19th day of August, 2013.

/s/ Howard S. Marks
HOWARD S. MARKS
Florida Bar No.: 0750085
Primary Email: hmarks@burr.com
Secondary Email: dmmorton@burr.com
Secondary Email: mrannell@burr.com
Burr & Forman LLP
200 South Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of August, 2013, a true and correct copy of the foregoing was filed with the Clerk of Court pursuant to Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF system which will send notice of electronic filing and complete service of the foregoing as required by

3

Fed.R.Civ.P. 5 to **Jerry H. Jeffrey, Esquire** *(sam1027j@aol.com)*, Jerry H. Jeffery, P.A., Post Office Box 947537, Maitland, Florida 32794; **Steven M. Brady, Esquire** *(steven@bradylaw.us)*, The Brady Law Firm, P.A., 7380 W. Sand Lake Road, Suite 500, Orlando, Florida 32819 *;* and **Andrew L. Seidel, Esquire** *(aseidel@ffrf.org)*, Post Office Box 750, Madison, WI 53701.

                                                */s/ Howard S. Marks*
                                                HOWARD S. MARKS