UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case Number: 6:13-cv-00922-GKS-KRS

FREEDOM FROM RELIGION FOUNDATION,
INC., DAN BARKER, ANNIE LAURIE
GAYLOR, AND DAVID WILLIAMSON,

    Plaintiffs,

v.

ORANGE COUNTY SCHOOL BOARD,

    Defendant,
_____/

### *UNOPPOSED* DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND INCORPORATED MEMORANDUM OF LAW [DKTS. 19 and 22]

COMES NOW, Defendant, ORANGE COUNTY SCHOOL BOARD ("Defendant"), by and through its undersigned counsel, and pursuant to Local Rule 3.01(c), files this Motion for Leave to File a Reply to Plaintiff's Response to Defendant's Motion to Dismiss Injunctive and Declaratory Relief [Dkt. 22], filed by Plaintiffs, FREEDOM FROM RELIGION FOUNDATION, INC., DAN BARKER, ANNIE LAURIE GAYLOR and DAVID WILLIAMSON (collectively, "Plaintiffs"), and in support thereof states:

    1.    Plaintiffs' two-count Complaint claims violations of the first amendment and equal protection clause of the fourteenth amendment in which Plaintiffs, FREEDOM FROM RELIGION FOUNDATION, INC., DAN BARKER, ANNIE LAURIE GAYLOR and DAVID WILLIAMSON ("Plaintiffs"), allege that the Defendant infringed upon their

rights by denying Plaintiffs the ability to present certain enumerated literature at the Defendant's forum to the public.

2. Defendant has raised numerous affirmative defenses, and additionally, on or about March 17, 2014, Defendants filed their Motion to Dismiss Injunctive and Declaratory Relief ("Motion to Dismiss") (Dkt. 19). For the reasons explained in the Motion to Dismiss, the claims for injunctive and declaratory relief are moot, and should be dismissed.

3. On or about March 13, 2014, Plaintiff Freedom from Religion Foundation served their Plaintiff's First Set of Interrogatories to Defendant and Plaintiff Freedom's First Request for Production of Documents to Defendant which seeks information relating to past practices of Defendant.

4. On or about March 31, 2014, Plaintiffs filed their Plaintiffs' Response to Defendant's Motion to Dismiss Injunctive and Declaratory Relief [Dkt. 22] ("Response") in response to Defendant's Motion to Dismiss Injunctive and Declaratory Relief [Dkt. 19].

5. Defendant files this instant unopposed Motion requesting leave to file a reply to the Response. The proposed reply will not exceed six (6) pages, including the certificate of service.

6. In the Response, the Plaintiffs argue that the recently served discovery should stay the disposition of the Motion to Dismiss because the discovery is necessary for this Court to rule on the Motion to Dismiss. This issue was not pending when the Motion to Dismiss was filed, and Defendant wants to reply to this argument. Plaintiffs

also argue that the Motion to Dismiss should be denied because Plaintiffs may submit literature (not previously submitted for approval) to Defendant in the future and they are afraid that Defendant will reject the literature on an improper basis. Defendant wants to reply to this argument, which Defendant believes was raised for the first time because Defendant's interpretation of the Complaint is that Defendant is seeking redress only for the literature specifically enumerated in the Complaint, and not for unnamed literature that may be requested at some future, unknown date. Finally, Defendant would like to reply to the argument that Defendant has not made a firm and reasoned decision to reverse its past practice as related to the challenged conduct. Defendant believes that Plaintiffs have misapprehended Defendant's position and would like to clarify the issues presented. Defendant requests leave to address these issues in a reply. Defendant may be prejudiced by the inability to reply to the Plaintiffs' Response.

7. M.D. Fla. Local Rule 3.01(c) permits the filing of a reply memorandum upon leave of court. Defendant has good cause to present this information for the Court's consideration on the Motion to Dismiss because additional briefing will aid the Court. With a reply, Defendant is not seeking to talk the longest or last, or insert its own set of facts. Defendant is not seeking to present a new issue for the first time. *See Mamone v. United States*, 559 F.3d 1209, 1210 n. 1 (11th Cir.2009) ("Normally, we will not address an argument raised for the first time in a reply brief.").

8. Plaintiffs' response injects new issues as discussed above. Defendant believes that it may assist the Court and Plaintiffs to see Defendant's reply to the new

issues. Defendant believes further discussion on these issues will assist the Court in reaching its decision on the Motion to Dismiss.

### CERTIFICATE OF COMPLIANCE WITH M.D.L.R. 3.01(G)

Pursuant to Middle District Local Rule 3.01(g), Counsel for Defendant, Lisa Geiger, Esquire, has consulted with Plaintiffs' counsel, Steven Brady, Esquire, and Plaintiffs' counsel has no objection to this Motion.

**WHEREFORE,** for the foregoing reasons Defendant, ORANGE COUNTY SCHOOL BOARD, respectfully requests that this Court grant its Motion for Leave to File a Reply to Plaintiff's Response to Defendant's Motion to Dismiss Injunctive and Declaratory Relief, and for such other and further relief as this Court deems just and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of April, 2014, a true and correct copy of the foregoing was filed with the Court by using the CM/ECF system which will send notice of electronic filing and complete service of the foregoing as required by Fed.R.Civ.P. 5 to **Jerry H. Jeffrey, Esquire** (*sam1027j@aol.com*), Jerry H. Jeffery, P.A., Post Office Box 947537, Maitland, Florida 32794; **Steven M. Brady, Esquire** (*steven@bradylaw.us*), The Brady Law Firm, P.A., 7380 W. Sand Lake Road, Suite 500, Orlando, Florida 32819 ; and **Andrew L. Seidel, Esquire** (*aseidel@ffrf.org*), Post Office Box 750, Madison, WI 53701.

/s/

**HOWARD S. MARKS, ESQUIRE**
Florida Bar Number: 0750085
Email: hmarks@burr.com
Secondary Email: dmmorton@burr.com
Secondary Email: mrannells@burr.com
LISA J. GEIGER, ESQUIRE
Florida Bar Number: 0543594
Email: lgeiger@burr.com
**BURR & FORMAN LLP**
200 South Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601
*Attorneys for Defendant*