Case 6:13-cv-00922-GKS-KRS   Document 23   Filed 04/07/14   Page 1 of 5 PageID 197

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case Number: 6:13-cv-00922-GKS-KRS

FREEDOM FROM RELIGION FOUNDATION, INC., DAN BARKER, ANNIE LAURIE GAYLOR, AND DAVID WILLIAMSON,

Plaintiffs,

v.

ORANGE COUNTY SCHOOL BOARD,

Defendant,

*GRANTED and SO ORDERED this 16 day of Apr, 2014*
*G. KENDALL SHARP*
*United States District Judge*

## *UNOPPOSED* DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND INCORPORATED MEMORANDUM OF LAW [DKTS. 19 and 22]

COMES NOW, Defendant, ORANGE COUNTY SCHOOL BOARD ("Defendant"), by and through its undersigned counsel, and pursuant to Local Rule 3.01(c), files this Motion for Leave to File a Reply to Plaintiff's Response to Defendant's Motion to Dismiss Injunctive and Declaratory Relief [Dkt. 22], filed by Plaintiffs, FREEDOM FROM RELIGION FOUNDATION, INC., DAN BARKER, ANNIE LAURIE GAYLOR and DAVID WILLIAMSON (collectively, "Plaintiffs"), and in support thereof states:

1. Plaintiffs' two-count Complaint claims violations of the first amendment and equal protection clause of the fourteenth amendment in which Plaintiffs, FREEDOM FROM RELIGION FOUNDATION, INC., DAN BARKER, ANNIE LAURIE GAYLOR and DAVID WILLIAMSON ("Plaintiffs"), allege that the Defendant infringed upon their

20631361 v4