UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case Number: 6:13-cv-00922-GKS-KRS

FREEDOM FROM RELIGION FOUNDATION, INC., DAN BARKER, ANNIE LAURIE GAYLOR, AND DAVID WILLIAMSON,

    Plaintiffs,

v.

ORANGE COUNTY SCHOOL BOARD,

    Defendant,
_____/

## NOTICE OF MEDIATOR SELECTION AND MEDIATION

PLEASE TAKE NOTICE that pursuant to this Court's Case Management and Scheduling Order filed October 1, 2013 [Dkt. 18], all counsel and parties to this case represent that Richard Lord, Esquire, UPCHURCH WATSON WHITE & MAX, P.A., whose address is 1060 Maitland Center Commons, Suite 440, Maitland, Florida 32751 and whose telephone number is (800) 661-5743, has been contacted, informed that this is a court mediation case, and is willing to accept the case and be appointed as Mediator, and Mediate this case.

The Mediation in this matter will take place on May 30, 2014 at 10:00 a.m. before Mediator Richard Lord at the office of Howard S. Marks, Esquire, Burr & Forman, LLP, 200 South Orange Avenue, Suite 800, Orlando, Florida 32801.

I, Howard S. Marks, represent that all counsel and parties to this case agree with the selection of the Mediator, the mediation date, time and location.

20793842 v1

Howard S. Marks
Florida Bar No. 0750085
Email: hmarks@burr.com
Secondary Email: dmmorton@burr.com
Secondary Email: mrannells@burr.com
BURR & FORMAN LLP
200 South Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601
*Attorneys for Orange County School Board*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 19, 2014, a true and correct copy of the foregoing was filed with the Clerk of Court pursuant to Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF system which will send notice of electronic filing and complete service of the foregoing as required by Fed.R.Civ.P. 5 to **Jerry H. Jeffrey, Esquire** *(sam1027j@aol.com)*, Jerry H. Jeffery, P.A., Post Office Box 947537, Maitland, Florida 32794; **Steven M. Brady, Esquire** *(steven@bradylaw.us)*, The Brady Law Firm, P.A., 7380 W. Sand Lake Road, Suite 500, Orlando, Florida 32819; and **Andrew L. Seidel, Esquire** *(aseidel@ffrf.org)*, Post Office Box 750, Madison, WI 53701.

HOWARD S. MARKS
Florida Bar Number: 0750085
Email: hmarks@burr.com
Secondary Email: dmmorton@burr.com
Secondary Email: mrannells@burr.com
**LISA J. GEIGER**
Florida Bar No. 0543594
Email: lgeiger@burr.com
Secondary Email: echaves@burr.com
**BURR & FORMAN LLP**
200 South Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601
*Attorneys for Defendant*