UNITED STATES DISTRICT COURT
MIDDLE  DISTRICT OF FLORIDA
ORLANDO   DIVISION

CASE NO.   6:13-CV-00922-GKS-KRS

FREEDOM FROM RELIGION FOUNDATION,
INC., DAN BARKER, ANNIE LAURIE
GAYLOR, and DAVID WILLIAMSON,

        Plaintiffs,

vs.

ORANGE COUNTY SCHOOL BOARD,

        Defendant.

_____/

## MEDIATION DISPOSITION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on May 30, 2014, and the results of that conference are indicated below:

(a)      The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference and each possessed the requisite settlement authority:

      _____      All individual parties and their respective trial counsel.

      _____      Designated corporate representatives.

      _____      Required claims professionals.

(b)      The following individuals, parties, corporate representatives and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

(c)     The outcome of the mediation conference was:

\_\_\_\_     <u>The case has been completely settled</u>.

\_\_\_\_     <u>The case has been partially resolved</u> and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days.  The following issues remain for this Court to resolve:

_____

_____

_____

_____.

\_\_\_\_     <u>The conference was continued</u> with the consent of all parties and counsel.  The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date.  Any continuance beyond that time must be approved by the presiding Judge.  Mediation Reports will be filed after additional conferences are complete.

X     <u>The parties have reached an impasse</u>.

**Done  May 30, 2014,** in Orange County, Florida.

CERTIFICATE OF SERVICE

I hereby certify that on _____6 3 14_____, I electronically filed the foregoing with the Clerk of

Court using the ECF system which sent notification of such filing to:   **Steven M. Brady,**

**Esquire,** steven@bradylaw.us; **Howard S. Marks, Esquire,** hmarks@burr.com;  **Andrew L.**

**Seidel, Esquire,** aseidel@ffrf.org.

                    _/s/Richard B. Lord_____
                    Richard B. Lord, Mediator
                    Mediator # 6624R
                    Upchurch Watson White & Max
                    1060 Maitland Center Commons, Suite 440
                    Maitland, Florida  32751
                    407- 661-1123 phone 407-661-5743 facsimile
                    rlord@uww-adr.com