UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FREEDOM FROM RELIGION
FOUNDATION, INC., DAN BARKER,
ANNIE LAURIE GAYLOR and DAVID
WILLIAMSON,

    Plaintiffs,

v.                                        Case No. 6:13-cv-922-Orl-18KRS

ORANGE COUNTY SCHOOL BOARD,

    Defendant.

## ORDER

THIS CAUSE comes for consideration on the Court's own initiative. The Court has reviewed Plaintiffs Freedom From Religion Foundation, Inc., Dan Barker, Annie Laurie Gaylor, and David Williamson's (collectively, "Plaintiffs") Motion for Summary Judgment for Injunctive, Declaratory, and Other Relief (Doc. 36) and the parties' related filings. The Court has previously held that Plaintiffs' claims for prospective relief are moot. (*See* Doc. 45 at 9.) Defendant has unconditionally allowed Plaintiffs to distribute all of the materials that they submitted to Defendant for prior approval. To the extent Plaintiffs' claims are based on their concern that any materials they might submit in the future might not be screened in a constitutionally permissible manner, these claims are hypothetical and thus beyond the Court's limited subject matter jurisdiction. *See Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560 (1992). Ultimately, the Court holds that this case no longer presents a justiciable controversy. Therefore, the Court lacks subject matter jurisdiction over this case, and it must be dismissed without prejudice. *See Crotwell v. Hockman-Lewis Ltd.*, 734

-2-

F.2d 767, 769 (11th Cir. 1984) (a district court that determines it lacks subject matter jurisdiction over a case should dismiss the case without prejudice).

Accordingly it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

2. Plaintiffs Freedom From Religion Foundation, Inc., Dan Barker, Annie Laurie Gaylor, and David Williamson's Motion for Summary Judgment for Injunctive, Declaratory, and Other Relief (Doc. 36) is **DENIED as moot**.

3. Defendant Orange County School Board's Motion to Strike or Disregard Declaration of Daniel Koster in Support of Plaintiffs' Motion for Summary Judgment and Injunctive, Declaratory and Other Relief (Doc. 44) is **DENIED as moot**.

4. The Clerk of the Court is directed to **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on this ___14___ day of July, 2014.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record